**Jesse Grasty, Esq. (263792018)**
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
*Attorneys for Defendant*

| | |
|---|---|
| TARA PARKER, <br><br> Plaintiff, <br><br> v. <br><br> MOUNT SINAI HOSPITAL, <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CIVIL ACTION NO.: 2:22-CV-06159-KM-JRA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by Coyle & Morris LLP, attorneys for Plaintiff, Tara Parker, and the matters in difference having been amicably resolved by and between Plaintiff and Defendant (collectively the "Parties"), it is hereby stipulated and agreed by the Parties, through their respective counsel, that the within matter be and is hereby dismissed as to all Parties with prejudice, and without costs to any Party.

**COYLE & MORRIS LLP**
*Attorneys for Plaintiff*

By: _____
     John Coyle.d, Esa.iq.

Dated: 6/11/2024

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for Defendant*

By: _____
     Jesse Grasty, Esq.

Dated: 7/17/2024

SO ORDERED: _____

DATED: 18 July 2024